UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN H. GRAVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 07CV00156 (CKK) |
| V. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendants. | ) |

CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE A RESPONSE TO THE COMPLAINT

The defendant, by and through counsel, respectfully moves pursuant to Federal Rules of Civil Procedure, Rule 6(b) to enlarge the time in which to respond to Plaintiff's Complaint. A response to the complaint is due on March 2, 2007. Defendant requests an enlargement up to and including April 3, 2007. Plaintiff consents to the motion.

Plaintiff's complaint alleges that he has been subject to racial discrimination in his employment at the District of Columbia Fire and Emergency Services Department in violation of Title VII of the Civil Rights Act of 1964, as amended and the Civil Rights Act of 1866, 42 USC Section 1981. Defendant's counsel needs time to obtain records from the D. C. Fire and Emergency Services Department regarding plaintiff's claims of discrimination as outlined above. Once record information is made available, time is also needed to draft an appropriate response to the complaint.

Wherefore, defendant respectfully requests that this Court expand the time to file a responsive pleading up to and including April 3, 2007.

Respectfully submitted,

LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (# 435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 1921790)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

## CERTIFICATE OF SERVICE

I certify that on the 1st day of March, 2007, a copy of the foregoing motion, with memorandum and proposed order was electronically served by on James Thoimas Maloney, Esquire.

Melvin W. Bolden, Jr.
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN H. GRAVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No.1: 07CV00156(CKK) |
| V. | ) |
| | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. The reasons set forth in the motion.

3. The consent of plaintiff.

4. The record herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division
Kimberly M. Johnson

_____
KIMBERLY MATTHEWS JOHNSON ( # 435163)
Section Chief, General Litigation Section I
Melvin W. Bolden, Jr.

_____
 MELVIN W. BOLDEN, JR. (# 192179)
 Assistant Attorney General
 441 Fourth St., N.W.
 Sixth Floor South
 Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN GRAVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 07CV00156 (CKK) |
| V. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

Upon consideration of the Consent Motion for Enlargement of Time File a Response to the Complaint, plaintiff's consent thereto, and the record herein, it is by the Court, this ___day of March, 2007,

ORDERED: that the consent motion for enlargement of time to respond to the Complaint herein be, and hereby is GRANTED; and it is,

FURTHER ORDERED: that the defendant shall have up to and including April 3, 2007, to file its response to the Complaint.

_____
Colleen Kollar- Kotelly
United States District Judge