UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHEN H. GRAVES,                :
                                  :
         Plaintiff,               :
                                  :
    v.                            :    Civil Action No. 1:07CV0156 CKK
                                  :
THE DISTRICT OF COLUMBIA,.        :
                                  :
         Defendant.               :

JOINT MEET AND CONFER REPORT

Pursuant to L.Cv.R. 16.3, the parties to this action, by and through counsel, respectfully submit their joint meet and confer statement.

1.   This is an action seeking monetary damages for the racial discrimination which the Plaintiff alleges he experienced during the course of his employment with the District of Columbia Fire and Emergency Medical Services Department. The Defendant denies that Plaintiff was subjected to any such discrimination.

2.   The parties suggest that this matter be placed on the Standard case track. No dispositive motions have been filed to date. The Defendant will likely move for summary judgment after the close of discovery.

3.   At present, the parties are unaware of any other parties to be joined in this action. Whether some of the factual or legal issues can be agreed upon or narrowed will depend on the results of discovery.

4.   The Plaintiff has no objection to the assignment of this case to a Magistrate Judge for all purposes. The Defendant does not consent to this matter being assigned to a Magistrate

Judge for any purpose other than mediation after the resolution of any filed dispositive motion.

5. It is too early to determine if there is a realistic possibility of settling the case.

6. The Plaintiff is willing to engage in mediation at any time, including prior to the initiation of discovery. The Defendant does not believe that mediation would be useful before the conclusion of discovery and the resolution of any dispositive motions.

7. The parties propose that the deadline for dispositive motions should be at least thirty days after the conclusion of discovery. See ¶ 10 for full briefing schedule.

8. The parties have agreed to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

9. The parties propose twenty-five interrogatories and no more than ten depositions per side. The parties propose that all discovery, including answers to interrogatories, document production, responses to requests for admissions, and depositions be concluded by November 19, 2007, and in compliance with Rules 33, 34, 35, and this Court's scheduling order. Depending upon the discovery requested, the Defendant may require a protective order for confidential information.

10. Pursuant to the Case Tracking Schedule typically followed by this Court, the parties propose that (i) witness lists and written discovery requests be exchanged not later than August 5, 2007, (ii) the Plaintiff's Rule 26(a)(2) expert witness reports be filed not later than 75 days of the entry of the scheduling order, (iii) the Defendant's initial expert witness reports be filed not later than 45 days after plaintiff has disclosed his experts pursuant to Rule 26(a)(2), and (iv), all discovery closes on November 19, 2007. The parties propose the following schedule for summary judgment briefing: all motion for summary judgment shall

be filed by no later than 30 days after the close of discovery or by December 18, 2007, all oppositions shall be filed by no later than 30 days of the filing of the initial motion, or by January 17, 2008, and that all replies if any shall be filed by no later than 15 days after the filing of any opposition, or by February 1, 2008.

11. At this time, the parties do not believe that either trial or discovery should be bifurcated or managed in phases. However, the Defendant reserves the right to request bifurcation as the case develops and/or should the need arise.

12. The parties propose that the pretrial conference be scheduled within 45 days of the Court's ruling on any dispositive motion, or within 45 days of the close of discovery if no motion is filed.

13. The parties suggest that the trial date should be set at the pretrial conference.

14. At this time, there are no other matters appropriate for inclusion in a scheduling order.

Respectfully submitted,

/S/_____
JAMES T. MALONEY #254102
Maloney & Mohsen PLLC
4201 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20008-1163
Tel: (202) 237-6800  x202
Fax: (202) 966-5270

*Counsel For Plaintiff*


LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/S/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Section II

/S/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
Tel: (202) 724-7854; (202) 727-6295
Fax: (202) 727-3625

*Counsel For Defendant*

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHEN H. GRAVES,            :
                              :
            Plaintiff,        :
                              :
     v.                       :      Civil Action No. 1:07CV0156 CKK
                              :
THE DISTRICT OF COLUMBIA,.    :
                              :
            Defendant.        :

**PROPOSED SCHEDULING ORDER**

The Court, having considered the issues raised by the parties with respect to scheduling, and for good cause shown, it is on this ____ day of _____, 2007, hereby

ORDERED that the following schedule shall govern the proceedings in this action:

1. Witness lists and written discovery requests be exchanged not later than August 5, 2007.

2. All discovery shall be completed by November 19, 2007.

3. Each side may conduct 10 depositions, and propound 25 interrogatories to the other side.

4. The plaintiff's Rule 26(a)(2) expert witness reports be filed not later than 75 days of the entry of the scheduling order, and the Defendant's initial expert witness reports be filed not later than 45 days after plaintiff has disclosed his experts pursuant to Rule 26(a)(2).

5   All motions for summary judgment shall be filed by no later than 30 days after the close of discovery or by December 18, 2007, all oppositions shall be filed by no later than 30

days of the filing of the initial motion, or by January 17, 2008, and that all replies if any shall be filed by no later than 15 days after the filing of any opposition, or by February 1, 2008.

.

6.     The parties propose that the pretrial conference be scheduled within 45 days of the Court's ruling on any dispositive motion, or within 45 days of the close of discovery if no motion is filed.

7.     The trial date shall be scheduled at the Pretrial Conference.

IT IS SO ORDERED.

_____
United States District Court Judge