UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHEN H. GRAVES, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:07CV0156 CKK |
| | : | |
| | : | |
| THE DISTRICT OF COLUMBIA, | : | |
|     Defendant. | : | |

## **DEFENDANTS' CONSENT MOTION TO ENLARGE THE SCHEDULING ORDER**

Defendant District of Columbia, ("Defendant") hereby moves, by and through undersigned counsel and pursuant to Fed. P. Civ. R. 6(b), to enlarge the Court's scheduling order. As grounds thereof, this defendant states as follows:

1) The following scheduling order currently governs this case:

Witness List and Discovery Requests due 8/6/07[1]
Proponent's Rule 26(a)(2)(B) statement due 8/20/2007
Opponent's Rule 26(a)(2)(B) statement due 10/4/2007
Discovery due 11/19/2007

2) Undersigned counsel is scheduled to transfer to another section in the Office of the Attorney General on Monday, August 6, 2007, and will not longer handle this litigation. New counsel assigned will be assigned to this case and will need an opportunity to familiarize herself with this case in order to defend the District's interests.

---

[1] The parties inadvertently requested that witness list and discovery requests be due on Sunday, August 5, 2007. Since August 5th falls on a Sunday, the deadline is actually Monday, August 6, 2007.

3) On August 3, 2007, plaintiff's counsel made a settlement demand on behalf of his client. New counsel needs time to familiarize herself with the litigation in order to assess the value of the case and to respond to the outstanding offer.

4) The defendant respectfully requests an enlargement of the scheduling order for thirty days. The defendant requests that the following schedule govern the remainder of this litigation:

> Witness List and Discovery Request due 9/4/07
> Proponent's Rule 26(a)(2)(B) statement due 9/19/07
> Opponent's Rule 26(a)(2)(B) statement due 11/3/07
> Discovery due 12/19/07

5) Under Fed. P. Civ. R. 6(b):

> "…an act that is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period previously prescribed…"

6) This motion is being filed before the expiration of the August 6, 2007, witness list and discovery request deadline, and is for cause shown.

7) Plaintiff will not be unduly prejudiced by an enlargement of discovery, and has consented to the relief herein requested.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/Patricia Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_____Leah Brownlee Taylor_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 Fourth St., N.W., 6th Floor South
Washington, D.C. 20001
(202)724-7854; (202) 727-6295

**CERTIFICATE PURSUANT TO RULE 7.1(m)**

I hereby certify that on August 3, 2007, the undersigned contacted plaintiff's counsel and he consented to the relief sought in this motion.

_____/s/Leah Taylor_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHEN H. GRAVES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:07CV0156 CKK |
| | : | |
| | : | |
| THE DISTRICT OF COLUMBIA. | : | |
| | : | |
| Defendant. | : | |

### **DEFENDANT'S MEMORANDUM OF POINTS OF AUTHORTIES IN SUPPORT OF THE CONSENT MOTION TO ENLARGE THE SCHEDULING ORDER**

In support of the Consent Motion to Enlarge, the defendant relies upon the following authorities:

1. Inherent Power of the Court.

2. Fed. P. Civ. R. 6(b).

3. The lack of prejudice to the plaintiff.

4. Plaintiff's consent.

5. The record herein.

                                                Respectfully submitted,

                                                LINDA SINGER
                                                Attorney General for the District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General
                                                Civil Litigation Division

      /s/ Patricia Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

   Leah Brownlee Taylor
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 Fourth St., N.W., 6th Floor South
Washington, D.C. 20001
 (202)724-7854; (202) 727-6295

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHEN H. GRAVES, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:07CV0156 CKK |
| | : | |
| | : | |
| THE DISTRICT OF COLUMBIA. | : | |
| | : | |
| Defendant. | : | |
| : | | |

**ORDER**

Upon consideration of Defendant District of Columbia's Consent Motion to Enlarge the Scheduling Order, and the record herein, it is by the Court this ____ day of _____, 2007,

**ORDERED**:   that defendant District of Columbia's motion to enlarge discovery is GRANTED for the reasons set forth in its motion; and it is,

**FURTHER ORDERED**:   that the discovery schedule that governs this litigation is as follows:

   Witness List and Discovery Request due 9/4/07
   Proponent's Rule 26(a)(2)(B) statement due 9/19/07
   Opponent's Rule 26(a)(2)(B) statement due 11/3/07
   Discovery due 12/19/07

_____
Judge, US District Court for the District of Columbia