## THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN H. GRAVES | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Civil Action No. 1:07CV 0156 CKK |
| v. | ) |
| | ) |
| | ) |
| THE DISTRICT OF COLUMBIA, | ) |
| | ) |
|    Defendants. | ) |
| _____ | ) |

## PRAECIPE OF APPEARANCE

Please enter the appearance of Sally L. Swann, Assistant Attorney General, Office of the Attorney General, as counsel for the District of Columbia.and strike the appearance of Leah Brownlee Taylor as counsel for the District of Columbia in the above-captioned matter.

                  Respectfully submitted,

                  LINDA SINGER
                  Attorney General for the District of Columbia

                  GEORGE C. VALENTINE
                  Deputy Attorney General, Civil Litigation Division

                  /s/ Patricia A. Jones_____
                  PATRICIA A. JONES [428132]
                  Chief, General Litigation, Section IV

/s Sally L. Swann_____
SALLY SWANN[1]
Assistant Attorney General, D.C.
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 724-6519
sally.swann@dc.gov

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.