# UNITED STATES DISTRICT COURT
For the District of Columbia

| | | |
|---|---|---|
| STEPHEN H. GRAVES, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:07CV0156 CKK |
| | : | |
| | : | |
| THE DISTRICT OF COLUMBIA, | : | |
| Defendant. | : | |

### PLAINTIFF'S RULE 26 (B)(4) DESIGNATION OF EXPERT WITNESSES

The Plaintiff Stephen H. Graves does not expect to present opinion testimony from any expert witnesses in this matter.

The Plaintiff will, however, present testimony concerning (i) diagnoses and evaluations of his physical and emotional injuries, (ii) the past, current and expected treatment of those physical and emotional injuries, (iii) the costs of past, current and expected treatment of those physical and emotional injuries and (iv) the reasonableness of those costs from one or more of the following witnesses identified as witnesses 112 – 119 of the *Plaintiff's List of Fact Witnesses* previously filed herein:

- Dorothy Holmes, Ph.D.;

- Eden Brown, Ph.D.;

- John Wiley, M.D.;

- Steven Streitfeld, M.D.;

- Karl Sachs, Ph.D.;

- Charles Jackson, M.D.;

- Christina Baselga, M.D.; and

- Edward Perrault, M.D.

>Respectfully submitted,
>
>/S/ James T. Maloney #254102
>Maloney & Mohsen PLLC
>4201 Connecticut Avenue, N.W.
>Suite 500
>Washington, D.C. 20008-1163
>Tel: (202) 237-6800  x202
>Fax: (202) 966-5270
>
>*Counsel For Plaintiff*

2