UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN GRAVES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:07-cv-00156-CKK-AK |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of said Court will please **enter** the appearance of Leticia Valdes and Zuberi Williams, Assistant Attorney Generals, on behalf of the Defendant District of Columbia, and **withdraw** the appearance of Sally Swann, Assistant Attorney General.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division
\_\_\s\_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV
\_\_\_\s\_____
SALLY SWANN[1]
\_\_\_\s\_____
LETICIA VALDES   [0461327]
\_\_\s\_____
ZUBERI WILLIAMS[2]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202/724-6519; 202/724-6649; 202/724-6650; 202-727-6295
E-mail: Sally.Swann@dc.gov; Leticia.valdes@dc.gov; Zuberi.williams@dc.gov

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.
[2] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.