UNITED STATES DISTRICT COURT
For the District of Columbia

| | |
|---|---|
| STEPHEN H. GRAVES, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:07CV0156 CKK/AK |
| : | |
| THE DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |

JOINT MOTION TO ENLARGE DISCOVERY

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Plaintiff Stephen H. Graves and the Defendant District of Columbia respectfully move this Court to enlarge discovery. In support of this request, the parties respectfully state the following:

1. This is a factually complex matter where it is alleged that the Plaintiff was subjected to "hostile workplace environment" discrimination during his two decades of employment with the District of Columbia Fire and Emergency Services Department.

2. The parties have each propounded and responded to interrogatories and requests for production of documents.

3. On December 12, 2007, the District received Plaintiff's discovery responses. Plaintiff has identified at least 111 witnesses, if not more, to the alleged discriminatory acts for which he seeks compensation from the District. Plaintiff, now living in Arizona, was deposed on December 18, 2007.

4. In light of the Plaintiff's discovery responses and witness list – which identify, at least, twenty aspects of a "hostile workplace environment" and denominate one hundred

and eleven witnesses to the alleged discrimination and eight treating physicians, psychiatrists and psychologists – the parties will require an additional ninety days (90) to (i) identify the witnesses most likely to testify at any trial of this matter and (ii) depose some or all of those likely witnesses. The District expects to file a motion to strike some of those witnesses, but needs additional time to learn the nature of their expected testimony, and the time frame of the alleged discriminatory conduct each witness claims to have observed.

5. By Minute Order, dated August 21, 2007, this Court ordered that no more extensions would be granted in this case. On August 28, 2007, Sally Swann entered her appearance on behalf of the District of Columbia. On October 23, 2007, Leticia Valdes and Zuberi Williams' appearances were entered in this case, and Ms. Swann's appearance was withdrawn because she left the employment of the Office of the Attorney General for other employment. New counsels for the District have endeavored to quickly come up to speed with the issues presented in this case, and to complete discovery, without Court intervention.

6. The parties respectfully submit that such additional discovery is necessary to obtain sufficient facts to effectively litigate their positions at trial and to file motions that could dispose of some or all of the contested issues in this matter.

7. Fed. R. Civ. P. 6(b) provides that,

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion…(1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order…."

8.  Discovery in this matter closes on December 19, 2007. The requested relief is made prior to the expiration of the prescribed period and otherwise meets the requirements of Rule 6(b)(1).

9.  The parties understand that this Court has discretion pursuant to Fed. R. Civ. P. 16 and 26 to govern the discovery to be had in this case, and the time period during which discovery made occur. In light of the foregoing, the parties jointly request this Court to adopt the following modified discovery schedule:

    Discovery Closed:    March 18, 2008

    Status Hearing:    Ten to thirty days after discovery deadline

    Dispositive Motions Deadline:    To be set at status hearing or by April 18, 2008

**Wherefore**, for the above grounds, the parties respectfully request that this motion be granted.

Respectfully submitted,

/S/James Thomas Maloney #254102
Counsel For Plaintiff
Maloney & Mohsen PLLC
5309 Connecticut Avenue, N.W.
Building 1
Washington, DC 20008-11299
Tel: 202-237-6800   Ext. 202
Fax: 202-966-5270


Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

- 4 -

        /s/Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

        /s/Zuberi B. Williams
ZUBERI BAKARI WILLIAMS[1]
Assistant Attorney General
441 4th Street, NW, 6th Floor-South
Washington, D.C. 20001
(202) 724-6650; (202) 727-6295
E-mail: Zuberi.williams@dc.gov

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.

UNITED STATES DISTRICT COURT
For the District of Columbia

| | |
|---|---|
| STEPHEN H. GRAVES, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:07CV0156 CKK/AK |
| : | |
| THE DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PARTIES' JOINT MOTION TO ENLARGE DISCOVERY

In support of the parties' Joint Motion to Enlarge Discovery, they herein submit their memorandum of points and authorities.

1. Fed. R. Civ. P. 6(b)(1).

2. Fed. R. Civ. P. 16.

3. Fed. R. Civ. P. 26.

4. The consent of the parties.

5. The Court's discretion and equitable powers.

Respectfully submitted,

/S/James Thomas Maloney #254102
Counsel For Plaintiff
Maloney & Mohsen PLLC
5309 Connecticut Avenue, N.W.
Building 1
Washington, DC 20008-11299
Tel: 202-237-6800   Ext. 202
Fax: 202-966-5270

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE

Deputy Attorney General,
Civil Litigation Division

   /s/Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

   /s/Zuberi B. Williams
ZUBERI BAKARI WILLIAMS[2]
Assistant Attorney General
441 4th Street, NW, 6th Floor-South
Washington, D.C. 20001
(202) 724-6650; (202) 727-6295
E-mail: Zuberi.williams@dc.gov

---

[2] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.

UNITED STATES DISTRICT COURT
For the District of Columbia

| | |
|---|---|
| STEPHEN H. GRAVES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:07CV0156 CKK/AK |
| THE DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

ORDER

Upon consideration of the Parties' Joint Motion to Enlarge Discovery, it is this ___ day of _____, 2007,

ORDERED: that the Parties' Joint Motion is hereby granted for the reasons set forth in their motion; and it is,

FURTHER ORDERED: that the following schedule shall govern this litigation:

Discovery Closed:            March 18, 2008

Status Hearing:              Ten to thirty days after discovery deadline

Dispositive Motions Deadline:   To be set at status hearing or by April 18, 2008

So Ordered.

_____
Judge Colleen Kollar-Kotelly
U.S. District Court Judge