UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN H. GRAVES, )<br>  )<br>      Plaintiff, )<br>  )<br>      v. )<br>  )<br>THE DISTRICT OF COLUMBIA, )<br>  )<br>      Defendant. ) | Civil Action No. 1:07CV0156 CKK |

**JOINT REVISED STATUS REPORT AS TO DISCOVERY PLAN**

Pursuant to the Court's Order dated December 26, 2007, the parties respectfully submit this revised joint discovery plan setting forth how the parties intend to complete discovery by their proposed March 18, 2008, deadline. The parties state the following:

1. This is an action seeking monetary damages for the racial discrimination which the Plaintiff alleges he experienced during the course of his employment with the District of Columbia Fire and Emergency Medical Services Department. The Defendant denies that Plaintiff was subjected to any such discrimination.

2. The parties suggest that this matter continue on the Standard case track.

3. The parties state that as of the filing of this report and status plan, the following discovery has occurred:

   a) Written discovery has been propounded and responded to by both parties.

   b) Defendant has deposed Plaintiff but reserved the right to re-open his deposition because Plaintiff's discovery responses were not tendered until two (2) days prior to the scheduled deposition.

   c) Mediation was held on December 19, 2007, with Judge Alan Kay. The parties were unable to reach agreement because additional discovery of the facts, including statements by eyewitnesses, was necessary.

    d) Witness lists have been exchanged.

4. No dispositive motions have been filed to date.

5. The Defendant will likely move for summary judgment after the close of discovery.

6. At present, the parties are unaware of any other parties to be joined in this action. Whether some of the factual or legal issues can be agreed upon or narrowed will depend on the results of discovery.

7. The Plaintiff has no objection to the assignment of this case to a Magistrate Judge for all purposes. The Defendant does not consent to this matter being assigned to a Magistrate Judge for any purpose other than to resolve discovery disputes and for mediation after the resolution of any filed dispositive motion.

8. It is too early to determine if there is a realistic possibility of settling the case.

9. The Plaintiff is willing to engage in mediation at any time. The Defendant does not believe that mediation would be useful before the conclusion of discovery and the resolution of any dispositive motions.

10. Pursuant to the Case Tracking Schedule typically followed by this Court, the parties propose the following:

  a) Discovery to close on or before March 18, 2008.

  b) Plaintiff has indicated that he expects to only depose a District 30(b)(6) designee(s). Plaintiff will take the deposition on or before February 27, 2008, but will notice the deposition by January 18, 2008, to allow the District time to make a proper witness designation.

  c) Plaintiff has narrowed his witness list from one hundred and nineteen (119) witnesses to twenty-two (22) witnesses. However, six (6) of those witnesses are expected to

    testify about the alleged general hostile work place environment at DCFD. Plaintiff has listed four (4) witnesses to testify about the alleged assault committed against him by Gerald Banks; and two (2) witnesses are expected to testify about the alleged assault committed against him by Cheryl Mitchell. These witnesses' testimony will be repetitive, and should not be countenanced by this Court.

    d) The District asks the Court to instruct plaintiff to narrow his witness list by **January 18, 2008,** to eliminate the duplicative witnesses.

    e) The District expects to be able to begin deposing plaintiff's witnesses beginning the week of **January 24, 2008**.

11.    The parties propose that the deadline for dispositive motions should be at least thirty (30) days after the conclusion of discovery.

12.    The parties propose the following schedule for summary judgment briefing: all motion for summary judgment shall be filed by no later than thirty (30) days after the close of discovery or by April 18, 2008, all oppositions shall be filed by no later than thirty (30) days of the filing of the initial motion, or by May 19, 2008, and that all replies if any shall be filed by no later than fifteen (15) days after the filing of any opposition, or by June 3, 2008.

13.    At this time, the parties do not believe that either trial or discovery should be bifurcated or managed in phases. However, the Defendant reserves the right to request bifurcation as the case develops and/or should the need arise.

14.    The parties propose that the pretrial conference be scheduled within forty-five (45) days of the Court's ruling on any dispositive motion, or within forty-five (45) days of the close of discovery if no motion is filed.

15. The parties suggest that the trial date should be set at the pretrial conference.

16. At this time, there are no other matters appropriate for inclusion in a scheduling order.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/Patricia Jones
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

        /s/Zuberi B. Williams
        ZUBERI BAKARI WILLIAMS[1]
        Assistant Attorney General
        441 4th Street, NW, 6th Floor-North
        Washington, D.C.  20001
        202/724-6650; 202-727-6295
        E-mail:  Zuberi.Williams@dc.gov

        /s/J. Thomas Maloney
        James Thomas Maloney
        Maloney & Mohsen PLLC
        4201 Connecticut Avenue, NW
        Suite 500
        Washington, DC 20008-1163
        Tel: 202-237-6800  Ext. 202
        Fax: 202-966-5270
        E-mail: verdict@verizon.net

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHEN H. GRAVES,            )
                              )
        Plaintiff,            )
                              )
    v.                        )      Civil Action No. 1:07CV0156 CKK
                              )
THE DISTRICT OF COLUMBIA,     )
                              )
        Defendant.            )

## PROPOSED SCHEDULING ORDER

The Court, having considered the issues raised by the parties with respect to scheduling, and for good cause shown, it is on this _____ day of _____, 2008, hereby

ORDERED that the following schedule shall govern the proceedings in this action:

1. All discovery shall be completed by **March 18, 2008**.

2. Plaintiff shall amend and pare down his witness list to alleviate the duplicative witnesses he has identified to date by **January 18, 2008**.

3. Plaintiff shall notice any 30(b)(6) witness by **January 18, 2008**, to provide the District enough time to locate a knowledgeable witness or witnesses.

4. The parties will complete all depositions by **March 18, 2008**.

5. Any dispositive motion shall be filed by no later than thirty (30) days after the close of discovery or by **April 18, 2008**;

6. All oppositions shall be filed by no later than thirty (30) days of the filing of the initial motion, or by **May 19, 2008**; and

7. All replies if any shall be filed by no later than fifteen (15) days after the filing of any opposition, or by **June 3, 2008**.

5

8. That the pretrial conference will be scheduled within 45 days of the Court's ruling on any dispositive motion, or within 45 days of the close of discovery if no motion is filed.

9. That the trial date shall be set at the Pretrial Conference.

IT IS SO ORDERED.

_____
Judge Colleen Kollar-Kotelly
United States District Court Judge